UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELECIA ANN HOLT,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No.: 1:12-cv-01716-JLT<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE<br><br>ORDER DIRECTING THAT OBJECTIONS BE FILED WITHIN TWENTY DAYS<br><br>ORDER DIRECTING CLERK OF THE COURT TO ASSIGN DISTRICT JUDGE TO CASE |

    Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The instant petition was filed on October 5, 2012, in the United States Court of Appeal, Ninth Circuit, and transferred to this Court on October 18, 2012.  (Docs. 1 & 2).  Petitioner challenges a challenging a 2011 probation violation hearing in the Orange County Superior Court resulting in her incarceration for a term of six years, eight months.  (Doc. 1, p. 2). Petitioner contends that she did not receive the effective assistance of counsel and that she was intentionally misled and misadvised by counsel to change her not guilty plea, resulting in her immediate sentencing to a prison term.

    In the course of screening this case, the Court has become aware of an identical petition authored by Petitioner in case no. 1:12-cv-01720-SKO, filed the same date as the instant petition in the

Ninth Circuit, and subsequently transferred by that Court to this Court as well. The two petitions raise the same claims and contain the same attached exhibits.

## DISCUSSION

Although it appears that Petitioner may have intended only to submit one actual petition for filing, and that the other petition was intended as a copy, the Clerk of the Court nevertheless filed both the instant petition and the petition in the other case, giving them each different case numbers and assigning them to different Magistrate Judges. In case no. 1:12-cv-01720-SKO, Magistrate Judge is preparing to issue an order transferring that petition to the United States District Court for the Central District of California, since Petitioner is challenging a proceeding that took place in the Orange County Superior Court, which lies within the jurisdiction of the Central District of California.

Because the instant petition is identical to the petition in case no. 1:12-cv-01720-SKO, the Court will recommend that this petition be dismissed as duplicative and that Petitioner proceed with any claims she wishes to pursue in that case, once that case is transferred to the Central District of California.

## ORDER

The Clerk of the Court is DIRECTED to assign a United States District Judge to this case.

## RECOMMENDATIONS

For the foregoing reasons, the Court HEREBY RECOMMENDS that the instant petition be dismissed as duplicative of case no. 1:12-cv-01720-SKO.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within twenty (20) days after being served with a copy of this Findings and Recommendation, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the Objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the Objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time

may waive the right to appeal the Order of the District Court.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 26, 2012**                              **/s/ Jennifer L. Thurston**
                                                                                   UNITED STATES MAGISTRATE JUDGE